v.

**DIABLO TECHNOLOGIES, INC.,**
**Defendant–Appellee**

2016–1011

United States Court of Appeals,
Federal Circuit.

July 11, 2016

**MOULDTEC, INC., Plaintiff–Appellee**

v.

**PAGTER & PARTNERS INTERNA-**
**TIONAL B.V., Pagter Innovations,**
**Inc., Defendants–Appellants**

2016–1131

United States Court of Appeals,
Federal Circuit.

July 11, 2016

PATRICK J. MCCARTHY, Greenberg Traurig LLP, Washington, DC, argued for plaintiff-appellee. Also represented by RYAN BRADEL, RONALD J. PABIS, STEPHEN K. SHAHIDA.

PATRICK J. ARNOLD, JR., McAndrews, Held & Malloy, Ltd., Chicago, IL, argued for defendants-appellants. Also represented by DAVID Z. PETTY.

### JUDGMENT

Per Curiam (Prost, Chief Judge, Newman and Bryson, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**